AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

*C-filing*

SAMUEL DIGIACOMO )
            Plaintiff )
           v. )    Civil Action No.
EX'PRESSION CENTER FOR NEW MEDIA, INC., )
d/b/a EX'PRESSION COLLEGE FOR DITIGAL )   **C08-01768**
ARTS )
           Defendant

*ADR EDL*

### Summons in a Civil Action

EX'PRESSION CENTER FOR NEW MEDIA, INC.,
d/b/a EX'PRESSION COLLEGE FOR DITIGAL
To: ARTS

*(Defendant's name)*

A lawsuit has been filed against you.

    *20*

    Within ~~60~~ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

THOMAS H. CLARKE, JR.    ROPERS, MAJESKI, KOHN &    201 Spear Street, Suite 1000
                       BENTLEY                 San Francisco, CA 94105

Telephone: (415) 543-4800    Facsimile: (415) 972-6301    Email: tclarke@rmkb.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  Richard W. Wieking

                                      Name of clerk of court
                                   CYNTHIA LENAHAN

Date: April 2, 2008

                                      Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 03/08) Civil Summons

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____._____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com