E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

'SAMUEEL DIGIACOMO

    Plaintiff(s),

v.

'EX'PRESSION CENTER FOR NEW MEDIA

    Defendant(s).

No. C C08-01768

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 23, 2008

Signature _____
Thomas H. Clarke, Jr.
Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")