Eric J. Sinrod (SBN 122868)
Michael J. Dickman (SBN 227096)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  ejsinrod@duanemorris.com
         mjdickman@duanemorris.com

Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:   kzakarin@duanemorris.com

Attorneys for Defendant
Ex'pression Center For New Media

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL DIGIACOMO,<br><br>            Plaintiff,<br><br>   v.<br><br>EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DIGITAL ARTS, et al.,<br><br>            Defendants. | Case No.: C08-01768-MHP<br><br>**DEFENDANT EX'PRESSION CENTER FOR NEW MEDIA'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br><br>[Civ. L.R. 3-16]<br><br><br>Complaint Filed:    April 2, 2008 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. EJW, Inc., parent corporation of Ex'pression Center for New Media d/b/a Ex'pression College for Digital Arts;

2. Ex'tent, b.v., parent corporation of EJW, Inc.;

3. Carolien Wintzen, owner of Ex'tent, b.v.;

Respectfully submitted,

Dated: July 24, 2008

**DUANE MORRIS LLP**

By: /s/ Michael J. Dickman
Eric J. Sinrod
Michael J. Dickman
Attorneys for Defendant
Ex'pression Center For New Media