| | |
|---|---|
| 1 | Eric J. Sinrod (SBN 122868) |
| | Michael J. Dickman (SBN 227096) |
| 2 | **DUANE MORRIS LLP** |
| | One Market, Spear Tower, Suite 2000 |
| 3 | San Francisco, CA 94105-1104 |
| | Telephone: 415.957.3000 |
| 4 | Facsimile: 415.957.3001 |
| | E-Mail:  ejsinrod@duanemorris.com |
| 5 |          mjdickman@duanemorris.com |
| 6 | Keith Zakarin (SBN 126528) |
| | **DUANE MORRIS LLP** |
| 7 | 101 West Broadway, Suite 900 |
| | San Diego, CA 92101 |
| 8 | Telephone: 619.744.2200 |
| | Facsimile: 619.744.2201 |
| 9 | E-Mail:     kzakarin@duanemorris.com |
| 10 | Attorneys for Defendant |
| | Ex'pression Center For New Media |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL DIGIACOMO, | Case No.: C08-01768-MHP |
| Plaintiff, | **DEFENDANT EX'PRESSION CENTER FOR NEW MEDIA'S CORPORATE DISCLOSURE STATEMENT** |
| v. | [F.R.C.P. 7.1] |
| EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DIGITAL ARTS, et al., | |
| Defendants. | Complaint Filed:   April 2, 2008 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ex'pression Center for New Media d/b/a Ex'pression College for Digital Arts ("Ex'pression") hereby submits this Corporate Disclosure Statement. Ex'pression is a subsidiary of EJW, Inc., a wholly owned subsidiary of Ex'tent, b.v., a Dutch corporation. Ex'tent, b.v. is privately owned by Carolien Wintzen.

Respectfully submitted,

Dated: July 24, 2008

**DUANE MORRIS LLP**

By: /s/ Michael J. Dickman
Eric J. Sinrod
Michael J. Dickman
Attorneys for Defendant
Ex'pression Center For New Media