Eric J. Sinrod  (SBN 122868)
Michael J. Dickman (SBN 227096)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:     ejsinrod@duanemorris.com
                 mjdickman@duanemorris.com

Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:     kzakarin@duanemorris.com

Attorneys for Defendant
Ex'pression Center For New Media

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DIGIACOMO, | Case No.: C08-01768-MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DIGITAL ARTS, et al., | |
| Defendants. | |

DM1\1369143.1

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2000, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**NOTICE OF EX'PRESSION CENTER FOR NEW MEDIA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX'PRESSION CENTER FOR NEW MEDIA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE;**

**DECLARATION OF ERIC J. SINROD IN SUPPORT OF EX'PRESSION CENTER FOR NEW MEDIA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE;**

**DECLARATION OF MELISSA THOMPSON IN SUPPORT OF EX'PRESSION CENTER FOR NEW MEDIA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE;**

**DEFENDANT EX'PRESSION CENTER FOR NEW MEDIA'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; AND**

**DEFENDANT EX'PRESSION CENTER FOR NEW MEDIA'S CORPORATE DISCLOSURE STATEMENT**

X    BY MESSENGER SERVICE: I enclosed the documents in an envelope or package addressed to the person(s) set forth below and providing the package(s) to a professional messenger service for same day delivery service.

Thomas H. Clarke, Jr.                    *Attorneys for Plaintiff Samuel DiGiacomo*
Timothy A. Dolan
ROPERS, MAJESKI, KOHN & BENTLEY    TEL: (415) 543-4800
201 Spear Street, Suite 1000          FAX: (415) 972-6301
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008, at San Francisco, California.

/s/ Valerie Tang
Valerie Tang