```
THOMAS H. CLARKE, JR. (SBN 47592)
ANDREW M. WOLFE (SBN 114076)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        tclarke@rmkb.com
              awolfe@rmkb.com
              tdolan@rmkb.com

Attorneys for Plaintiff
SAMUEL DIGIACOMO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DIGIACOMO,<br><br>            Plaintiff,<br><br>v.<br><br>EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DITIGAL ARTS, and Does 1 through 100,<br><br>            Defendant. | CASE NO. C-08-01768 MHP<br><br>PLAINTIFF'S DEMAND FOR TRIAL BY JURY RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION<br><br>Date:      September 8, 2008<br>Time:     2:00 P.M.<br>Location:  Courtroom 15, 18th Floor<br>           450 Golden Gate Ave.<br>           San Francisco, CA 94102<br>Judge:    Hon. Marilyn Hall Patel |

Pursuant to Fed. R. Civ. P. 38, Plaintiff Samuel DiGiacomo hereby demands trial by jury as to each and every genuine issue of material fact presented by Defendant's Motion to Compel Arbitration and to Dismiss, or Alternatively Stay, Case or by Plaintiff's Opposition to said motion. *Geoffroy v. Washington Mutual Bank*, 484 F.Supp.2d 1115, 1119.

Dated: August 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____/s/_____
THOMAS H. CLARKE, JR.
ANDREW M. WOLFE
Attorneys for Plaintiff
SAMUEL DIGIACOMO

RC1/5169135.1/CB12

- 1 -

PLAINTIFF'S DEMAND FOR TRIAL BY JURY RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION