THOMAS H. CLARKE, JR. (SBN 47592)
ANDREW M. WOLFE (SBN 114076)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  tclarke@rmkb.com
awolfe@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
SAMUEL DIGIACOMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DIGIACOMO,<br><br>Plaintiff,<br><br>v.<br><br>EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DITIGAL ARTS, and Does 1 through 100,<br><br>Defendant. | CASE NO. C-08-01768 MHP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE<br><br>Date:  September 8, 2008<br>Time:  2:00 P.M.<br>Location:  Courtroom 15, 18th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>Judge:  Hon. Marilyn Hall Patel |

On September 8, 2008, at the above-indicated time and place, Defendant Ex'pression Center for New Media d/b/a Ex'pression College for Digital Arts' Motion to Compel Arbitration and to Dismiss, or Alternatively Stay, Case ("Motion") came on for hearing before this Court. The movant was represented by Eric J. Sinrod of Duane Morris LLP. Appearing for plaintiff Samuel DiGiacomo were Thomas H. Clarke, Jr. and Andrew M. Wolfe of Ropers, Majeski, Kohn & Bentley.

Having considered the record before this Court, including the pleadings, the parties' moving, opposition and reply papers, the evidence submitted and the oral arguments of counsel,

and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Motion is **DENIED**. The causes of action alleged in plaintiff's complaint are not with in the scope of the arbitration provision set forth in paragraph 6.1 of the Enrollment Agreement between the parties. Moreover, the arbitration provision at issue is unenforceable due to procedural and substantive unconscionability.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. MARILYN HALL PATEL
                                        U.S. District Judge