```
 1  Eric J. Sinrod (SBN 122868)
    Michael J. Dickman (SBN 227096)
 2  DUANE MORRIS LLP
    One Market, Spear Tower, Suite 2000
 3  San Francisco, CA 94105-1104
    Telephone: 415.957.3000
 4  Facsimile: 415.957.3001
    E-Mail:   ejsinrod@duanemorris.com
 5            mjdickman@duanemorris.com

 6  Keith Zakarin (SBN 126528)
    DUANE MORRIS LLP
 7  101 West Broadway, Suite 900
    San Diego, CA 92101
 8  Telephone: 619.744.2200
    Facsimile: 619.744.2201
 9  E-Mail:    kzakarin@duanemorris.com

10  Attorneys for Defendant
    Ex'pression Center For New Media
11
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DIGIACOMO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DIGITAL ARTS, et al.,<br><br>　　　　　Defendants. | Case No.: C08-01768-MHP<br><br>**DECLARATION OF MELISSA THOMPSON IN SUPPORT OF REPLY BRIEF OF EX'PRESSION CENTER FOR NEW MEDIA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR ALTERNATIVELY STAY, CASE**<br><br>Date: September 8, 2008<br>Time: 2:00 P.M.<br>Judge: Hon. Marilyn H. Patel<br>Dept.: 15, 18th Floor<br>Location: 450 Golden Gate Ave.<br>　　　　　San Francisco, CA 94102<br><br>Complaint Filed:　April 2, 2008 |

I, Melissa Thompson, declare:

1. I am the Manager of Compliance and Regulatory Affairs at Ex'pression College for Digital Arts, known herein by its former name, "Ex'pression Center For New Media" ("Ex'pression"). I have personal knowledge of the matters stated herein, and if called upon could competently testify thereto.

2. I have been Manager of Compliance and Regulatory Affairs at Ex'pression since 2004. Ex'pression is a state licensed nationally accredited private college that specializes in digital sound and visual art education. I am responsible for coordinating with both the state regulatory body responsible for overseeing private postsecondary educational institutions such as Ex'pression as well as Ex'pression's accrediting body. As a result of my job responsibilities, I am intimately familiar with Ex'pression's obligations related to student enrollment contracts, and the Ex'pression catalogues containing certain required information. Attached hereto as Exhibit A is a true and correct copy of pages 26-27 excerpted from the Ex'pression 2006-2007 Course Catalogue.

3. Education Code § 94810 (a)(1) requires that the first page of an enrollment agreement or contract must state: "Any questions or problems concerning this school which have not been satisfactorily answered or resolved by the school should be directed to the Bureau for Private Postsecondary and Vocational Education, (address), Sacramento, California 95814." While the "Reform Act" that encompasses this section of the Education Code is technically not presently in effect, we (along with many other schools) signed, and have been abiding by, a voluntary agreement which in essence states that we will abide by the Reform Act while the Legislature considers a resolution to the issues surrounding re-enactment/revisions of this statutory chapter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 22 at Emeryville, California.

_Melissa Thompson_ (signature)
Melissa Thompson

Case 3:08-cv-01768-MHP   Document 26   Filed 08/25/2008   Page 3 of 3

DM1\1385988.1

3

DECLARATION OF MELISSA THOMPSON IN SUPPORT OF REPLY BRIEF

# EXHIBIT A



2006-07
course catalog

expression
COLLEGE OF DIGITAL ARTS

# CAMPUS POLICIES AND PROCEDURES

### STUDENT CODE OF CONDUCT
Ex'pression College expects all members of its community to engage in behavior appropriate to a learning environment. As members of the Ex'pression community, students are expected to maintain standards of academic integrity, respect the rights and differences of others, and assume responsibility for adhering to all college policies as well as local, state and federal laws. Ex'pression College employs a student code of conduct in an effort to provide a quality educational environment consistent with the mission and philosophy of the college. Please see the Student Handbook for the complete Student Code of Conduct. Any student who is found to have violated the Student Code of Conduct is subject to disciplinary action up to and including suspension, probation, or termination.

### ACADEMIC INTEGRITY
Ex'pression strives to support the development of academic achievement. Such achievement can only be obtained through academic integrity. Grades earned in courses are part of a student's permanent academic record and therefore must be achieved based on the student's own knowledge. Academic dishonesty such as cheating, plagiarism, fabrication of information, or facilitating any academic dishonesty is unacceptable and will result in disciplinary action. Please see the Student Handbook for the complete Code of Academic Integrity and potential disciplinary actions taken for violations of the Code of Academic Integrity.

### TERMINATION POLICY
Reasons for termination from Ex'pression include but are not limited to:
- Failure to meet minimum satisfactory academic progress requirements (see Satisfactory Academic Progress Policy)
- Academic dishonesty (see Academic Integrity Policy)
- Violation of the Student Code of Conduct (see Student Code of Conduct)

### GRIEVANCE PROCEDURES AND STUDENT COMPLAINTS

Ex'pression Grievance Policy and Procedures
Any member of the Ex'pression community, including faculty, staff, and students, may file a grievance against a student for violation of the Student Code of Conduct or other Ex'pression policies. The grievance should be in writing. A Complaint Form can be found on the student intranet or obtained from the Student Services Department. All complaints should state the basis for the assertion being made as well as all relevant information such as date, time, contact information, and a detailed summary of events. Once completed, the Complaint Form should be submitted to the Director of Student Services who will direct an investigation of the grievance as appropriate.

Accrediting Commission of Career Schools and Colleges of Technology Complaint Information
Schools accredited by the Accrediting Commission of Career Schools and Colleges of Technology must have a procedure and operational plan for handling student complaints. If a student does not feel that the school has adequately addressed a complaint or concern, the student may consider contacting the Accrediting Commission. All complaints considered by the Commission must be in written form, with permission from

the complainant(s) for the Commission to forward a copy of the complaint to the school for response. The complainant(s) will be kept informed as to the status of the complaint as well as its final resolution by the Commission. Please direct all inquiries to:

Accrediting Commission of Career Schools and<br>
Colleges of Technology<br>
2010 Wilson Blvd. / Suite 302<br>
Arlington, VA 22201<br>
(703) 247-4212

A copy of the Commission's Complaint Form is available at the school and may be obtained by contacting the Director of Student Services.



Bureau for Private Postsecondary and Vocational Education Complaint Information
If you are a past or present student of Ex'pression and you believe that the school or anyone representing the school has acted unlawfully, you have the right to file a complaint with the California Bureau for Private Postsecondary and Vocational Education 1625 North Market Blvd., Suite S202, Sacramento, CA 95814

FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT
The Family Educational Rights and Privacy Act (FERPA) gives students certain rights with respect to their education records. These rights include:

(1) The right to inspect and review the student's education records within 45 days of the day the Ex'pression receives a request for access.



A student should submit to the registrar, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect. The Ex'pression official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the records are not maintained by the Ex'pression official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

A student who wishes to ask Ex'pression to amend a record should write to the Ex'pression official responsible for the record, clearly identifying the part of the record the student wants changed and specifying why it should be changed.



If Ex'pression decides not to amend the record as requested, Ex'pression will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when he/she is notified of the right to a hearing.