THOMAS H. CLARKE, JR. (SBN 47592)
ANDREW M. WOLFE (SBN 114076)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:    tclarke@rmkb.com
awolfe@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
SAMUEL DIGIACOMO

Eric J. Sinrod  (SBN 122868)
Michael J. Dickman (SBN 227096)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    ejsinrod@duanemorris.com
           mjdickman@duanemorris.com

Attorneys for Defendant
Ex'pression Center For New Media

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DIGIACOMO,<br><br>Plaintiff,<br><br>v.<br><br>EX'PRESSION CENTER FOR NEW MEDIA, INC., d/b/a EX'PRESSION COLLEGE FOR DITIGAL ARTS, and Does 1 through 100,<br><br>Defendant. | CASE NO.  08-cv-01768 MHP<br><br>**JOINT STIPULATION FOR DISMISSAL** |

WHEREAS the case has been resolved by arbitration,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

RC1/5355110.1/CB12

- 1 -

STIPULATION FOR DISMISSAL

1  pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own fees and
2  costs.
3  **SO STIPULATED.**
4  Dated: August 3, 2009                    **ROPERS MAJESKI KOHN & BENTLEY**

   By: _____
   Thomas H. Clarke
   Attorneys for Plaintiff
   Samuel DiGiacomo

Dated: August 3, 2009                       **DUANE MORRIS LLP**

   By: _____ for
   Eric J. Sinrod
   Attorneys for Defendant
   Ex'pression Center For New Media

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 11, 2009

   _____
   MARILYN H. PATEL
   DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)